IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CV NO. 17-1255 MV/KRS |
| | ) | CR NO. 99-571 MV/KRS |
| vs. | ) | |
| | ) | |
| KEITH VONTA HOPSKIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME WITHIN WHICH TO RESPONDTO DEFENDANT'S MOTION TO CORRECT SENTENCE PURSUANT TO § 2255**

THIS MATTER having come before the Court upon the United States' Motion to Extend the Time Within Which to Respond to Defendant's Motion to Correct Sentence Pursuant to § 2255 (CR Doc. 68) and having considered the reasons set forth in that motion, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' response is due on July 30, 2018.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1